IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROBERT L. PERKINS,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No. 14-cv-388-wmc

UNITED STATES SECRETARY OF
TREASURY JACOB J. LEW, et al.,

    Defendants.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing defendants Thomas B. Wells, Joseph H. Gale and Elizabeth Crewson Paris from this action under the doctrine of absolute immunity; and

    (2) granting defendants Jacob L. Lew, John Koskinen, Deborah J. Hurst, Patricia E. Manes, Robert A. Banks, William M. Robertson, Timothy I. Gukich, Kerry Taylor and Geroma E. Primm's motions to dismiss and dismissing this case with prejudice.

    /s/　　　　　　　　　　　　　　　　　　　March 30, 2015

Peter Oppeneer, Clerk of Court　　　　　　　　　　　Date